UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 11280
MARK R LAHUE
THERESE LAHUE                                   CHAPTER 13

                                                JUDGE: BRUCE W BLACK

    Debtor
SSN XXX-XX-1529    SSN XXX-XX-0690

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/11/06 and confirmed on 11/17/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 9180.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| B REAL LLC | UNSECURED | 27690.53 | .00 | 3263.05 |
| DISCOVER BANK | UNSECURED | 16062.88 | .00 | 1892.85 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 16871.34 | .00 | 1988.12 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 60624.75 | .00 | 60624.75 |
| PRINCIPAL PAID | .00 | .00 | 7144.02 | .00 | 7144.02 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 7144.02 | .00 | 7144.02 |

The Debtor's attorney, RICHARD S BASS                , was allowed $   2700.00
and was paid $   1125.00   direct and $   1575.00   through the plan.

The Trustee received $   460.98 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 06 B 11280 MARK R LAHUE & THERESE LAHUE